| | |
|---|---|
| Sheehan & Associates, P.C. | 505 Northern Blvd Ste 311, Great Neck NY 11021-5101 |
| spencer@spencersheehan.com | tel. 516.303.0552     fax 516.234.7800 |

May 17, 2020

District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: <u>1:20-cv-01409-LJL
           Budhani v. Monster Beverage Company</u>

Dear District Judge Liman:

  This office represents the plaintiff.  This office previously requested leave of court to substitute Monster Energy Company for Monster Beverage Company.  Given that the deadline for service on the present defendant is Monday, May 18, 2020, this office effected service on Monster Beverage Company and filed same earlier today.  Plaintiff's request for the Court to permit substitution of parties remains and the filing of proof of service was done to preserve plaintiff's rights and comply with the requirements of Rule 4.  Thank you.

             Respectfully submitted,

             <u>/s/Spencer Sheehan</u>
             Spencer Sheehan

## Certificate of Service

I certify that on May 17, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☒ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan