Case # 20-1409

## Pro Se Certificate of Compliance with

## Word or Page Limits Adapted from Federal Rules of Appellate Procedure Form 6

A document filed with the Court must not be longer than the Federal Rules of Appellate Procedure or the Court's Local Rules permit. Check the box for the document you are filing and state the number of words or pages.

☑ **Brief** contains _____ words. [14,000 word limit - LR 32.1(a)(4)(A)], or
    **Brief** contains ___6___ pages. [30 page limit - FRAP 32(a)(7)(A)]

☐ **Reply Brief** contains _____ words. [7,000 word limit - LR 32.1(a)(4)(B)], or
    **Reply Brief** contains _____ pages. [30 page limit - FRAP 32(a)(7)(A)]

☐ **Writ of Mandamus/Prohibition** contains _____ words. [7,800 word limit - FRAP 21(d)(1)], or
    **Writ of Mandamus/prohibition** contains _____ pages. [30 page limit - FRAP 21(d)(2)]

☐ **Motion** or **Response to the Motion** contains _____ words. [5,200 word limit - FRAP 27(d)(2)(A)], or
    **Motion** or **Response to the Motion** contains _____ pages. [20 page limit - FRAP 27(d)(2)(B)]

☐ **Reply to the Motion** contains _____ words. [2,600 word limit - FRAP 27(d)(2)(C)], or
    **Reply to the Motion** contains _____ pages. [10 page limit - FRAP 27(d)(2)(D)]

☐ **Petition for Panel or En Banc Hearing** contains _____ words. [3,900 word limit - FRAP 35(b)(2)(A)], or
    **Petition for Panel or En Banc Hearing** contains _____ pages. [15 page limit - FRAP 35(b)(2)(B)]

☐ **Petition for Panel Rehearing** contains _____ words. [3,900 word limit - FRAP 40(b)(1)], or
    **Petition for Panel Rehearing** contains _____ pages. [15 page limit - FRAP 40(b)(2)]



February 2017

Misty Caldwell
35 Elliot Place
Bronx, N.Y. 10452

Appellet Clerks
Office-
Pro-se
Intake

Southern District Court
40 Foley Square
New York, N.Y. 10007

RECEIVED
MAY 28 2020
PRO SE OFFICE

USMAID
SDNY