# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

AKASH BUDHANI, *individually and on behalf of all others similarly situated*,

                  Plaintiff,                  20 **CIVIL** 1409 (LJL)

         -against-                       **JUDGMENT**

MONSTER ENERGY COMPANY,

                  Defendant.

-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated December 3, 2021, Defendant's motion to dismiss is GRANTED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          December 3, 2021

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                   **BY:**

                                                                   **Deputy Clerk**